UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eddie Wagle,

        Plaintiff,                              Case No. 10-10506

v.                                              Hon. Nancy G. Edmunds

B. Skutt, et. al.,

        Defendants
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motion to dismiss filed by Defendant Prison Health Services, Inc. [#19] is hereby GRANTED IN PART, and the motion to dismiss filed by Defendant Correctional Medical Services, Inc. [#35] is hereby GRANTED IN PART. Specifically, these motions are granted as to Plaintiff's claims related to his 2003 blood sugar episode, §§ 1983 and 1985 conspiracy claims, and denied as to Plaintiff's § 1983 deliberate indifference claims against Defendants Prison Health Services, Inc. and Correctional Medical Services, Inc.

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: January 31, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 31, 2011, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager