UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eddie Wagle

        Plaintiff,                                   Case No. 10-12982

v.                                               Hon. Nancy G. Edmunds

B. Skutt, et al.,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motion to dismiss filed by Defendant Craig Hutchinson [#71] is GRANTED, and Defendant Craig Hutchinson is hereby DISMISSED WITH PREJUDICE.

     SO ORDERED.

                                           s/Nancy G. Edmunds
                                           Nancy G. Edmunds
                                           United States District Judge

Dated: December 1, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2011, by electronic and/or ordinary mail.

                                           s/Carol A. Hemeyer
                                           Case Manager