UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eddie Wagle

               Plaintiff,                             Case No. 10-12982

v.                                           Hon. Nancy G. Edmunds

B. Skutt, et al.,

               Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is ordered that the motion for summary judgment filed by Defendants Pramstaller and Zeller [#96] is GRANTED, the motion for summary judgment filed by Defendants Prison Health Services, Inc. and Zakiuddin Khan [#100] is GRANTED IN PART AND DENIED IN PART.  It is further ordered that Defendants Pramstaller, Zeller and Prison Health Services, Inc. are DISMISSED WITH PREJUDICE; Plaintiff's claims against Defendant Khan are dismissed, except for the individual capacity Eighth Amendment claim related to Defendant Khan's treatment of Plaintiff's June 26, 2009 low blood sugar episode.

      SO ORDERED.

                         s/Nancy G. Edmunds
                         Nancy G. Edmunds
                         United States District Judge

Dated:  December 1, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2011, by electronic and/or ordinary mail.

                         s/Carol A. Hemeyer
                         Case Manager