UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Eddie Wagle,

         Plaintiff,                           Case No. 10-10506

v.                                           Hon. Nancy G. Edmunds

B. Skutt, et al.,

         Defendants.
_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that the Motion for Summary Judgment filed by Defendant Correctional Medical Services, Inc. [#147] is GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.


                          s/Nancy G. Edmunds
                          Nancy G. Edmunds
                          United States District Judge

Dated:  October 30, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2012, by electronic and/or ordinary mail.

                          s/Carol A. Hemeyer
                          Case Manager